# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1342
_____

D.M.H., Father of C.D.H.,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Steven C. Warrick, Judge.

February 28, 2024


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David J. Joffe, Joffe Law, P.A., Fort Lauderdale, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb and Catlin E. Burke, Tallahassee, and Kristie L. Hatcher-Bolin, Pro Bono, Defending Best Interests Project, Lakeland, for Appellee Guardian ad Litem.